# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| MAGISTRATE JUDGE: Robert Levy | DATE: 12/5/2024 |
|---|---|
| CLERK: D.Wright | |
| DOCKET #: 24 CR 466(MKB) | LOG TIME: 12:07-12:16 |
| DEFENDANTS NAME: Noor Chowdhury | |

__x__ Present ____ Not Present ____ Custody __x__ Bail

**DEFENSE COUNSEL:** Michael Schneider

| __x__ Court Appointed | __x__ Federal Defender | ____ CJA | ____ Retained |
|---|---|---|---|

**A.U.S.A:** Rebeca Schuman

| INTERPRETER: | LANGUAGE: |
|---|---|

Defendant arraigned on the: ___ Complaint __x__ Indictment ___ Superseding Indictment ___ Probation Violation

__x__ Defendant pleads NOT GUILTY to ALL counts.

| ____ Government Agent Sworn | __x__ Rule 5f warnings given to the govt. |
|---|---|
| ____ DETENTION HEARING Held. | __x__ Defendants first appearance. |
| __x__ BAIL HEARING Held. | |

__x__ Bond set at $ 100,000

**Defendant:** __x__ released ___ held pending satisfaction of bond conditions.

__x__ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody. ____ Leave to reopen granted.

| ____ Temporary Order of Detention Issued. | ____ Bail Hearing set for |
|---|---|
| ____ Preliminary Hearing set for | ____ Preliminary Hearing waived by defendant |

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| __x__ Order of Excludable Delay/Speedy Trial entered. | Start Date: 12/5/2024   End Date: 1/29/2025 |
|---|---|
| **Removal District:** | **Removal District Case Number:** |

____ Removal (Rule 5) Proceeding held.

| ____ Identity hearing held | **Court:** ____ Orders removal ____ Denies Removal |
|---|---|
| ____ Defendant waives Identity hearing | ____ Defendant waives Preliminary hearing |

____ No bail application presented to the court. Commitment to the District entered.

____ Medical memo issued.

____ Defendant failed to appear; bench warrant issued.

__x__ Status conference set for __1/29/2025__ @ __11:15am__ before District Judge: **Brodie**

**Other Rulings:** The government and defense counsel consented to a $100,000 bond secured by 1 property. Confession of Judgement to be filed by 12/13/2024.