**Federal Defenders
OF NEW YORK, INC.**

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

January 22, 2025

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Re: United States v. Noor Nabi Chowdhury, 24 CR 466 (MKB)</u>

Your Honor:

  I write to request that the Court allow Mr. Chowdhury to appear by telephone at the status conference in this case, scheduled for January 29, 2025. Mr. Chowdhury lives near Buffalo, New York, a more than six-hour drive from Brooklyn. Travel to this district is a financial burden for Mr. Chowdhury, who is indigent. Therefore, Mr. Chowdhury asks the Court to allow him to appear by phone at the hearing next week. His personal presence is not required under Fed. R. Crim. P. 43, and he consents to appearing by telephone.

  The government has no objection to this request. Thank you for your attention to this matter.

              Respectfully submitted,

              /s/

              Michael K. Schneider, Esq.

cc:  Clerk of the Court [by ECF]
   Counsel of Record [by ECF and email]