**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

SMS
F. #2022R00552

May 20, 2025

<u>By ECF and E-Mail</u>

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Noor Nabi Chowdhury, et al</u>
     <u>Case No. 24-CR-466 (MKB)</u>

Dear Chief Judge Brodie:

  The government writes on behalf of the parties to jointly request that the status conference scheduled for May 27, 2025, at 11:15 a.m. be adjourned for approximately sixty days to July 28, 2025. The government has produced voluminous discovery to the defendant and is continuing to produce additional discovery. The defendant is in the midst of reviewing the discovery.

  Accordingly, the parties respectfully request that the Court enter an order adjourning the status conference scheduled for May 27, 2025, at 11:15 a.m. for approximately sixty days to July 28, 2025, and excluding the period of time from today through the date of the next status conference in the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

            Respectfully submitted,

            JOSEPH NOCELLA, JR.
            United States Attorney

      By:   /s
            Sean M. Sherman
            Rebecca Schuman
            Assistant U.S. Attorneys
            Vasantha Rao
            DOJ/CCIPS Trial Attorney
            (718) 254-6262

CC: Clerk of Court (MKB)
    Michael Schneider, Esq. (Counsel to Defendant)